# United States Court of Appeals
# for the Federal Circuit

---

April 13, 2012

**ERRATA**

---

Appeal No. 2010-1510

**BARD PERIPHERAL VASCULAR, INC.**
AND **DAVID GOLDFARB, M.D.,**
Plaintiffs/Counterclaim
Defendants-Appellees,

**and**

**C.R. BARD, INC.,**
Counterclaim Defendant-Appellee,

v.

**W.L. GORE & ASSOCIATES, INC.,**
Defendant/Counterclaimant-Appellant.

Decided:  February 10, 2012
Precedential Opinion

---

Please make the following change:

Page 34, line 10, delete the following sentences:

"With the same law firm representing Gore both before and after the '135 patent was issued, the district court viewed the objectivity of the opinion as questionable.  *Id.* at 10."